IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAMES E. BELLAMY )
)
v. ) NO. 3:05-0447
) JUDGE CAMPBELL
THE HARTFORD INSURANCE CO., )
  et al. )

ORDER

Pending before the Court are Defendant Hartford Life Group Insurance Company's Motion

for Judgment on the Record (Docket No. 18) and Plaintiff's Motion for Judgment on the

Administrative Record (Docket No. 20). For the reasons stated in the accompanying Memorandum,

Defendant's Motion for Judgment on the Record (Docket No. 18) is GRANTED, and Plaintiff's

Motion for Judgment on the Administrative Record (Docket No. 20) is DENIED. The decision of

the Administrator is affirmed.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE